Appeal Form No. 2

☒ FILED ☐ LODGED

**Jul 17 2026**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br>MORE OPPORTUNITY REGARDING EDUCATION, INC.<br>Debtor(s) | Chapter 11<br>Case No. 2:26-bk-01245-DPC<br>Adv. No. 2:26-ap-00098-DPC<br>CV-26-05029-PHX-DJH |
| FRANCK OLIVIER NANIE<br>Appellant(s)<br>v.<br>MORE OPPORTUNITY REGARDING EDUCATION, INC.<br>Appellee(s) | **TRANSMITTAL OF APPEAL TO DISTRICT COURT** |

TO: CLERK, U.S. DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Transmitted herewith is:

A Notice of Appeal filed on 07/17/2026 , a copy of the order of judgment appealed, and the election of appellant to have appeal transferred to the District Court pursuant to 28 U.S.C. Section 158(c)(1).

The Notice of Appeal Filing Fee ☐ has been paid, ☑ has not been paid, or ☐ waived by order pursuant to 28 USC 1930(f).

Dated: July 17, 2026

Khadijia White-Thomas, Clerk of Court,
U.S. BANKRUPTCY COURT

By: Leslie Vela
Deputy Clerk

Copies to be mailed to attorneys for interested parties and pro se parties to the appeal by the BNC.

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br>MORE OPPORTUNITY REGARDING EDUCATION, INC.<br><br>Debtor(s) | Chapter 11<br>Case No. 2:26-bk-01245-DPC<br>Adv. No. 2:26-ap-00098-DPC |
| FRANCK OLIVIER NANIE<br><br>Appellant(s)<br>v.<br>MORE OPPORTUNITY REGARDING EDUCATION, INC.<br><br>Appellee(s) | **NOTICE OF FILING OF APPEAL AND NOTICE OF REFERRAL OF APPEAL TO THE DISTRICT COURT** |

YOU ARE HEREBY NOTIFIED that a Notice of Appeal has been filed on 07/17/2026 with the Clerk of the U.S. Bankruptcy Court. The appellant has filed an election to have the appeal transferred to the District Court. Pursuant to 28 USC Section 158(c), the Appeal is referred to the District Court.

NOTICE IS GIVEN TO THE APPELLANT that the appellant shall, within 14 days of the filing of the Notice of Appeal[1], file with the Clerk of the U.S. Bankruptcy Court, 230 N. 1st Ave, #101, Phoenix, Arizona, 85003 the following:

1. A designation of the items to be included in the record on appeal and serve a copy upon the appellee;
2. A statement of the issues to be presented and serve a copy upon the appellee; and
3. A request for any transcripts where the designation includes a transcript of any proceeding or a part thereof. The party requesting transcripts must follow the court's ordering procedures.

Dated: July 17, 2026

Khadijia White-Thomas, Clerk of Court

By: Leslie Vela

Deputy Clerk

Copies to be mailed to attorneys for parties and pro se parties to the appeal by the BNC

[1] FRBP 8006 provides that if a motion for leave to appeal was filed or timely motions under FRBP 8002(b), then the below listed items are due 14 days after filing the notice of appeal, entry of an order granting leave, or entry of an order disposing of FRBP 8002(b) motions, whichever is later.

# United States Bankruptcy Court
# District of Arizona

## APPEALS - ORDERING AN OFFICIAL TRANSCRIPT

If you have filed an appeal and designated a transcript of a hearing as part of the record on appeal, you will need to follow the steps below to obtain an official transcript:

1. Determine the date of the hearing.

2. Determine whether you need a transcript.

3. Determine if the transcript is already on file by reviewing the case docket or you may call the court for assistance.

4. Ordering a transcript requires an advanced deposit. The deposit and price for the transcript will vary as it depends upon the estimated length of the hearing and turn-around time requested.

5. To order a transcript, please contact the ECR Operator Team who will advise you of the procedures for ordering a transcript and for making payment.

6. The court uses an independent transcription company to prepare official transcripts.

7. At the time the transcription company provides you with a transcript, a copy is filed with the court; therefore, it is not necessary for you to file a copy.

8. Reminder: If you have designated a transcript of a Court proceeding in your Appeal documents, **it is your responsibility to order it** from the Bankruptcy Court ECR Operator Team. The order should be placed at the time you file the Statement of Issues and Designation of Record.

Contact Information:

| | |
|---|---|
| ECR Operator Team – Phoenix, Prescott, Flagstaff, Bullhead City | 602-682-4200 |
| ECR Operator Team – Tucson | 520-202-7556 |
| ECR Operator Team – Yuma | 602-682-4961 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

# NOTICE TO PARTIES TO APPEAL TO DISTRICT COURT

Procedure when an appeal is transmitted to District Court:

1. Upon receipt of an appeal from the Clerk of the Bankruptcy Court or from the Clerk of the Bankruptcy Appellate Panel, the appeal is assigned a civil case number in the District Court. The District Court then sends a "Notice of Receipt of Appeal" to the parties to the appeal advising them of the civil case number assigned in the District Court.

2. The bankruptcy appeal in the District Court is governed by the District Court Local Rules of Bankruptcy Appeal Procedure. Please refer to these rules.

3. When the statement of issues, designation of record and any designated transcripts are filed with the Bankruptcy Court, the Bankruptcy Court Clerk will transmit to the District Court a certificate that the record is complete. The date of transmittal to the District Court constitutes the date of the entry of the appeal on the docket in District Court.

4. The record is retained in the Bankruptcy Court. Copies of the record are no longer required to be filed with the District Court. Instead, the parties include copies from the record in their Excerpts of Record filed as appendix to their briefs.

Franck Olivier Nanie
1001 W. Macaw Drive
Queen Creek, AZ 85140
(602) 919-4860
fnanie@gmail.com
Plaintiff / Appellant, Pro Per

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>MORE OPPORTUNITY REGARDING EDUCATION, INC., d/b/a BRIDGES PRESCHOOL,<br>Debtor.<br><br>FRANCK OLIVIER NANIE,<br>Plaintiff / Appellant,<br>v.<br>MORE OPPORTUNITY REGARDING EDUCATION, INC.,<br>Defendant / Appellee. | Case No. 2:26-bk-01245-DPC<br>(Chapter 11, Subchapter V)<br><br>Adv. No. 2:26-ap-00098-DPC<br><br>**NOTICE OF APPEAL AND STATEMENT OF ELECTION**<br><br>Hon. Daniel P. Collins |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

(Official Form 417A)

**Part 1: Identify the appellant.**

Appellant is Franck Olivier Nanie, the Plaintiff in the above-captioned adversary proceeding and a creditor of the Debtor, appearing pro per.

**Part 2: Identify the subject of this appeal.**

Appellant appeals under 28 U.S.C. § 158(a)(1) from the Order, Minute Entry for Hearing Held 7/6/2026, and Order Dismissing Adversary, signed on July 10, 2026 and entered on the docket of Adversary Proceeding No. 2:26-ap-00098-DPC on July 10,

2026 at Docket No. 17 (also entered in Administrative Case No. 2:26-bk-01245-DPC at Docket No. 91), by which the Court granted Defendant's Motion to Dismiss Complaint (Adv. Doc. 9) and dismissed the adversary proceeding. A copy of the order appealed from is attached.

Date on which the order was entered: July 10, 2026.

**Part 3: Identify the other parties to the appeal.**

Appellee: MORE Opportunity Regarding Education, Inc., d/b/a Bridges Preschool (Debtor / Defendant), represented by Allan D. NewDelman, Esq. and Roberta J. Sunkin, Esq., Allan D. NewDelman, P.C., 80 East Columbus Avenue, Phoenix, AZ 85012.

Subchapter V Trustee: Dawn M. Maguire, Esq., 10115 E. Bell Rd., Ste. 107 #498, Scottsdale, AZ 85260.

Office of the United States Trustee: 230 North First Avenue, Suite 204, Phoenix, AZ 85003 (Jennifer A. Giaimo, Esq.).

**Part 4: Statement of Election.**

Pursuant to 28 U.S.C. § 158(c)(1) and Rule 8005(a) of the Federal Rules of Bankruptcy Procedure, Appellant elects to have this appeal heard by the United States District Court for the District of Arizona rather than by the Bankruptcy Appellate Panel of the Ninth Circuit.

Dated: July 16, 2026

/s/ Franck Olivier Nanie
Franck Olivier Nanie
Plaintiff / Appellant, Pro Per
1001 W. Macaw Drive
Queen Creek, AZ 85140

(602) 919-4860
fnanie@gmail.com

---

**CERTIFICATE OF SERVICE**

I certify that on July 16, 2026 I submitted the foregoing Notice of Appeal and Statement of Election, with a copy of the order appealed from attached, to the Clerk of the United States Bankruptcy Court for the District of Arizona for filing via the Court's Electronic Drop Box. Service is made through the Court's CM/ECF Notice of Electronic Filing upon docketing, pursuant to Fed. R. Bankr. P. 9036, on the following registered users: Allan D. NewDelman, Esq. and Roberta J. Sunkin, Esq., Allan D. NewDelman, P.C., counsel for the Debtor / Appellee (anewdelman@adnlaw.net); Subchapter V Trustee Dawn M. Maguire, Esq.; and the Office of the United States Trustee. The Clerk also serves the notice of appeal on counsel of record and the United States trustee pursuant to Fed. R. Bankr. P. 8003(c).

/s/ Franck Olivier Nanie
Franck Olivier Nanie

SO ORDERED.

Dated: July 10, 2026

Daniel P. Collins, Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

# MINUTE ENTRY

***Hearing Information***

| | |
|---|---|
| Bankruptcy Judge: | The Honorable Daniel P. Collins |
| Adversary Case Number: | 2:26-ap-00098-DPC |
| Administrative Case Number: | 2:26-bk-01245-DPC |
| Chapter: | |
| Caption: | NANIE v. MORE OPPORTUNITY REGARDING EDUCATION, INC. |
| Date and Time: | 07/06/2026 10:00 AM |
| Location(s): | VIDEO-DPC |
| Courtroom Clerk: | Renee Bryant |

***Matter(s)***

MATTER #1 DISCOVERY DISPUTE
MATTER #2 MOTION TO DISMISS ADVERSARY PROCEEDING

***Appearances***

ROBERT J. SUNKIN, MORE OPPORTUNITY REGARDING EDUCATION
ALLAN NEWDELMAN, ATTORNEY FOR MORE OPPORTUNITY REGARDING EDUCATION
FRANCK NANIE, INTERSTED PARTY

***Proceedings***

MATTER #2

Mr. NewDelman refers to the 2023 ruling where Judge Gan and the B.A.P. held that the nondischargeability exceptions under 11 U.S.C. § 523(a) do not apply to corporate Debtors. He argues that this Court must follow the rulings of the United States Supreme Court and the Ninth Circuit. Mr. NewDelman asks that the Court dismiss the adversary.

The Court provides Mr. Nanie and Mr. NewDelman with a background. It refers to the Signature Mechanical Inc. case (2:24-bk-06640-DPC), in which counsel filed an adversary proceeding (2:24-ap-00248-DPC) seeking to have a debt held non-dischargeable in a Chapter 11 Subchapter V case. The Court explains that its ruling in that case followed the B.A.P., and that the decision was direct appealed to the Ninth Circuit. The Court states that the appeal has been fully briefed, and oral argument is expected to be scheduled in October or November. The Court states that it will follow the B.A.P's decision in *In re Off-Spec Solutions, LLC 651 B. R. 8 62 (9th Cir. BAP 2023).*

Mr. Nanie has heard the Court's comments and has nothing to add.

COURT: FOR THE REASONS STATED ON THE RECORD, IT IS ORDERED GRANTING THE MOTION TO DISMISS ADVERSARY PROCEEDING. THE ADVERSARY PROCEEDING IS DISMISSED.

MATTER #1

Mr. NewDelman outlines the discovery dispute. He states that Mr. Nanie has filed a tort claim and a proof of claim, and he is trying to determine Mr. Nanie's damages. Mr. NewDelman suggests that they first determine whether Mr. Nanie

can participate in this bankruptcy as a claimant. He would like Mr. Nanie to proceed with answering the discovery questions regarding damages to establish if he has an allowed claim. Mr. NewDelman states that 70% of the discovery Mr. Nanie is conducting relates to litigation in the Family Court and State Court. He asks the Court for a protective order against any discovery that the Debtor must make until Mr. Nanie establishes that he has an allowed claim.

Ms. Sunkin reports that the plan has been filed; however, she has not requested a hearing due to pending issues with Mr. Nanie and some leases. She informs the Court that the plan does not provide for a large percentage to be paid to the general unsecured creditors. Ms. Sunkin states that if Mr. Nanie's claim exceeds any other claim, it would make a difference whether the plan is confirmed under 11 U.S.C. § 1129(a) or 11 U.S.C. § 1129(b).

Mr. Nanie states that he would like to conduct discovery and has not seen any rule requiring him to prove his claim beforehand. He states that he was not prepared to argue this matter today and would like Mr. NewDelman to put his request in writing so that he can respond.

Mr. NewDelman responds to Mr. Nanie's request. He states that due to Mr. Nanie's discovery request, he will be filing a second request to appoint special counsel. Mr. NewDelman indicates that he will file a combined motion to compel and motion for protective order.

Mr. Nanie informs the Court that he will file a cross-motion.

COURT: IT IS ORDERED THAT MR. NEWDELMAN AND MS. SUNKIN FILE THE COMBINED MOTION TO COMPEL AND MOTION FOR PROTECTIVE ORDER NO LATER THAN THE CLOSE OF BUSINESS ON JULY 17, 2026. IT IS FURTHER ORDERED THAT MR. NANIE FILE HIS RESPONSE NO LATER THAN THE CLOSE OF BUSINESS ON JULY 27, 2026. THE COURT WILL NOT MANDATE THAT MR. NANIE OR THE DEBTOR RESPOND TO ANY DISCOVERY REQUESTS UNTIL THE MOTION TO COMPEL DISCOVERY AND MOTION FOR PROTECTIVE ORDER HAVE BEEN DEALT WITH.

COURT: IT IS ORDERED SETTING A CONTINUED HEARING ON AUGUST 6, 2026, AT 1:30 P.M. THE HEARING WILL TAKE PLACE IN PERSON AT 230 N. 1ST AVE., SIXTH FLOOR, COURTROOM 603.

NOTICE SENT THROUGH THE
BANKRUPTCY NOTICING CENTER "BNC"
TO THE FOLLOWING:

FRANCK OLIVIER NANIE
1001 W MACAW DRIVE
QUEEN CREEK, AZ 85140

ALLAN 2 NEWDELMAN
ALLAN D NEWDELMAN PC
80 E COLUMBUS AVE
PHOENIX, AZ 85012