Case 2:26-cv-05029-DJH Document 3 Filed 07/17/26 Page 1 of 3

Name Allan D. NewDelman
Bar # 004066
Firm Allan D. NewDelman, P.C.
Address 80 East Columbus Avenue
Phoenix, AZ 85012

Telephone 602-264-4550

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

FRANCK OLIVIER NANIE,

Plaintiff,

vs.

MORE OPPORTUNITY REGARDING EDUCATION, INC.,

Defendant.

Case No. CV-26-05029 PHX DJH

**Disclosure Statement**

This Corporate Disclosure Statement is filed on behalf of More Opportunity Regarding Education, Inc. in compliance with the provisions of (*check one*):

☑ Rule 7.1(a)(1), Federal Rules of Civil Procedure, a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene in an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 7.1(a)(2), Federal Rules of Civil Procedure, in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement. The statement must name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

☐ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

Case 2:26-cv-05029-DJH Document 3 Filed 07/17/26 Page 2 of 3

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☑ No such corporation.

☐ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. (Attach additional pages if needed.)

____________________ Relationship____________________

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)

____________________ Relationship____________________

☐ Other(please explain):

________________________________________

________________________________________

☐ Diversity case. (Attach additional pages if needed.)

| Party name and Party Role: | State: |
| --- | --- |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this 4th day of August, 2026.

[signature]

Counsel of Record

Certificate of Service:

Copy of the foregoing mailed
this 4 day of august, 2026 to:

Franck Olivier Nanie
1001 West Macaw Drive
Queen Creek, AZ 85140

By ____________________