Allan D. NewDelman, Esq. (004066)
Roberta J. Sunkin, Esq.
ALLAN D. NEWDELMAN, P.C.
80 East Columbus Avenue
Phoenix, Arizona 85012
(602) 264-4550
anewdelman@adnlaw.net
Attorney for Appellee

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>MORE OPPORTUNITY REGARDING EDUCATION, INC.,<br><br>Debtor. | No. CV-26-05029 PHX DJH<br><br>BK NO. 2:26-bk-01245 DPC<br><br>ADV. NO. 2:26-ap-00098 DPC |
| FRANCK OLIVIER NANIE,<br><br>Appellant,<br><br>v.<br><br>MORE OPPORTUNITY REGARDING EDUCATION, INC.,<br><br>Appellee. | APPELLEE'S JOINDER IN APPELLANT'S MOTION TO HOLD APPEAL IN ABEYANCE |

Appellee, More Opportunity Regarding Education, Inc., hereby files its Joinder in the request of the Appellant to hold this appeal from the United States Bankruptcy Court, District of Arizona in abeyance.

Appellant correctly states that the factual issue relating to the dispute between these parties is currently before the Ninth Circuit Court of Appeals and, pending the outcome of that proceeding, the decision from the Court of Appeals should be dispositive to this Appeal. The Court of Appeals

has scheduled Oral Argument in *Perfection Granite Company, LLC v. Signature Mechanical, Inc.*, Case No. 25-6046, for Monday, October 26, 2026 at 9:00 a.m.

WHEREFORE, Appellee respectfully requests that this Appeal be held in abeyance pending the ultimate decision of the Ninth Circuit Court of Appeals in *Perfection Granite Company, LLC v. Signature Mechanical, Inc.*, Case No. 25-6046

Dated this 21st day of August, 2026.

ALLAN D. NEWDELMAN, P.C.

Roberta J. Sunkin, Esq.

Copy of the foregoing
mailed this 21st day
of August, 2026 to:

Frank Olivier Nanie
1001 West Macaw Drive
Queen Creek, AZ 85140

Dawn Maguire, Esq.
Subchapter V Trustee
10115 East Bell Road
Suite 107 #498
Scottsdale, AZ 85260

By ______________
RJ Sunkin