✓ FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 0 9 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

Franck Olivier Nanie
1001 W Macaw Drive
Queen Creek, Arizona 85140
Telephone: (602) 919-4860
Email: fnanie@gmail.com
**Appellant, in propria persona**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br>**MORE OPPORTUNITY REGARDING EDUCATION, INC. dba BRIDGES PRESCHOOL,**<br>Debtor.<br>**FRANCK OLIVIER NANIE,**<br>Appellant,<br>v.<br>**MORE OPPORTUNITY REGARDING EDUCATION, INC.,**<br>Appellee. | District Court No.<br>**CV-26-05029-PHX-DJH**<br>Bankruptcy Court No.<br>**2:26-bk-01245-DPC**<br>Adversary No.<br>**2:26-ap-00098-DPC**<br>**NOTICE REGARDING THE COURT'S ORDER OF OCTOBER 2, 2026 (DOC. 9)**<br>(Assigned to the Honorable Diane J. Humetewa) |

Appellant Franck Olivier Nanie, in propria persona, respectfully gives notice of the following. **Appellant requests no relief by this Notice.**

**1. The two filings crossed.** On October 2, 2026 Appellant submitted for filing a Suggestion of Mootness and Motion to Vacate and Remand, together with Exhibit 1 and a proposed form of order, and served copies on counsel the same day. That submission was entered on the docket on October 6, 2026 as Doc. 10. The Court entered its Order (Doc. 9) on October 2, 2026. Appellant's submission was prepared

and delivered without knowledge of the Order.

**2. Paragraph 7 of Doc. 10 is moot.** Paragraph 7 of Doc. 10 states that Appellant withdraws his Motion to Hold Appeal in Abeyance (Doc. 7). The Court granted that motion by the Order. Paragraph 7 is therefore moot and Appellant asks that it be disregarded. Appellant does not seek reconsideration of the Order.

**3. Doc. 10 reaches the question the Order reserves.** The Order directs the parties to file a joint status report as to whether this Appeal is moot within seven days of the Ninth Circuit's decision in *Perfection Granite Company, LLC v. Signature Mechanical Inc.*, No. 25-6046. Doc. 10 addresses that same question. It rests on the conversion of the Debtor's case to Chapter 7 on September 25, 2026, which is a fact independent of the outcome in *Perfection Granite*. Appellant respectfully leaves to the Court whether to reach the question now or on the schedule the Order sets, and will comply with the Order in either event.

**4. The record.** Appellant notes, in aid of the Court's observation that it is not in receipt of the record, that Appellant filed his Statement of Issues and Designation of Items to be Included in the Record on Appeal with the Bankruptcy Clerk on August 3, 2026, in Adversary Proceeding No. 2:26-ap-00098-DPC at Docket No. 27, and paid the appellate filing fee on August 14, 2026. Transmission of the record is governed by Federal Rule of Bankruptcy Procedure 8010(b)(1). Appellant will provide anything further the Court directs.

DATED this 9th day of October, 2026.

/s/ Franck Olivier Nanie

Franck Olivier Nanie
Appellant, in propria persona

**CERTIFICATE OF SERVICE**

I certify that on October 9, 2026 I served a copy of the foregoing Notice, by United States mail, first class postage prepaid, and by electronic mail, on the following:

**Allan D. NewDelman** and **Roberta J. Sunkin**
Allan D. NewDelman, P.C.
80 E. Columbus Avenue
Phoenix, Arizona 85012-2334
anewdelman@adnlaw.net
*Counsel for Appellee More Opportunity Regarding Education, Inc.*
*Sent by United States certified mail, return receipt requested.*

**Dawn M. Maguire**
Guttilla Murphy Anderson, P.C.
5415 E. High Street, Suite 200
Phoenix, Arizona 85054
dmaguire@gamlaw.com
*Counsel for Dawn M. Maguire, Subchapter V Trustee*

**Jennifer A. Giaimo**
Office of the United States Trustee
230 N. First Avenue, Suite 204
Phoenix, Arizona 85003-1706
jennifer.a.giaimo@usdoj.gov
*Counsel for the United States Trustee*

**Stuart B. Rodgers**
Nach, Rodgers, Hilkert & Santilli
1220 E. Osborn Road, Suite 101
Phoenix, Arizona 85014
stuart.rodgers@nrhslaw.com
*Counsel for the Chapter 7 trustee. Courtesy copy by electronic mail only. Not a party to this appeal.*

/s/ Franck Olivier Nanie

Franck Olivier Nanie