UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br>MORE OPPORTUNITY REGARDING EDUCATION, INC.<br>Debtor(s) | Chapter 7<br>Case No. 2:26-bk-01245-DPC<br>Adv. No. 2:26-ap-00098-DPC<br>CIV No. 26-05029 |
| FRANCK OLIVIER NANIE<br>Appellant(s)<br>v.<br>MORE OPPORTUNITY REGARDING EDUCATION, INC.<br>Appellee(s) | **CERTIFICATE THAT RECORD ON APPEAL IS COMPLETE TO THE CLERK OF THE UNITED STATES DISTRICT COURT**<br>**(CERTIFICATE OF READINESS)** |

To: CLERK, UNITED STATES DISTRICT COURT, DISTRICT OF ARIZONA

The undersigned Deputy Clerk of the United States Bankruptcy Court, District of Arizona, hereby certifies, pursuant to Rule 8007-1 of the United States District Court, District of Arizona, Local Rules of Bankruptcy Appeal Procedure, that the Statement of Issues, Designation of Record and Reporters Transcript, if designated, are now on file in this office. The Bankruptcy Court Clerk shall retain the record.

This Certificate that the Record on Appeal is complete is hereby transmitted this date to the Clerk, United States District Court, District of Arizona. Pursuant to Local District Court Rule 8007-1, this date constitutes the date of entry of the appeal on the docket in the District Court.

Dated: October 19, 2026

Khadijia White-Thomas, Clerk of Court

By: Ruth Carmona Pena
Deputy Clerk

Copies to be mailed by the BNC to counsel for parties to the appeal and to any pro se parties to the appeal.