**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Franck Olivier Nanie,<br><br>Appellant,<br><br>v.<br><br>More Opportunity Regarding Education Incorporated,<br><br>Appellee. | No. CV-26-05029-PHX-DJH<br><br>**ORDER** |

On October 2, 2026, Appellant Franck Olivier Nanie filed a "Suggestion of Mootness and Motion to Vacate and Remand" (Doc. 10). In his Motion, Appellant states that his appeal is moot and requests that this case be remanded to the Bankruptcy Court. (*Id.* at 3–4). Appellant further requests that the Court vacate the Bankruptcy Court's July 10, 2026 order and remand with instructions to dismiss "Adversary Proceeding No. 2:26-ap-00098-DPC as moot." (*Id.*) However, the Court has little to no information about any occurrences in the proceedings or related proceedings below. The Court will not issue an order to vacate an order from the Court below that it has never seen. No record has been filed in this case, nor has any briefing been submitted. At the current state of these proceedings, the Court will do no more than construe Appellant's Motion as a voluntary dismissal.

Accordingly,

**IT IS ORDERED** that Appellant's Suggestion of Mootness and Motion to Vacate and Remand (Doc. 10) is **granted in part**. This appeal is dismissed, and the Clerk of Court

is kindly directed to terminate this matter. All other requested relief in Appellant's Motion is **denied**.

Dated this 19th day of October, 2026.

Honorable Diane J. Humetewa
United States District Judge